CLEMENT, Excise Com'r, Respondent, v. FEDERAL UNION SURETY CO., Appellant. (Supreme Court, Appellate Division, First Department. February 5, 1909.) Action by Maynard N. Clement, as excise commissioner, against the Federal Union Surety Company.

C. S. Mackenzie, for appellant. H. H. Kellogg, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed. See, also, 122 App. Div. 18, 106 N. Y. Supp. 1061.

HOUGHTON, J., dissents.